ACCEPTED
01-14-00417-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/30/2015 3:49:14 PM
CHRISTOPHER PRINE
CLERK

# NO. 01-14-00417-CV

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/30/2015 3:49:14 PM
CHRISTOPHER A. PRINE
Clerk

NICK YEH, INDIVIDUALLY, ASHDON INC. D/B/A IMPRESSION BRIDAL, AND EMME BRIDAL, INC.,

Appellants/Cross-Appellees,

v.

ELLEN CHESLOFF,

Appellee/Cross-Appellant.

On Appeal from the 268th Judicial District Court,
Fort Bend County, Texas, No. 09-DCV-174184

## APPELLEE/CROSS-APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION FOR REHEARING OR EN BANC RECONSIDERATION

Appellee/Cross-Appellant Ellen Chesloff files this Unopposed Motion asking for a fifteen (15) day extension, **to January 21, 2016**, to file a Motion for Rehearing or Motion for En Banc Reconsideration in this case.

## I.   BACKGROUND

Appellants appealed an April 25, 2014 Final Judgment entered against them in the underlying case.  Chesloff noticed a cross-appeal of that Final Judgment as well.

The case was submitted without oral argument on October 13, 2015, and on December 22, 2015, this Court issued an Opinion, reversing the trial court's Final Judgment and rendering judgment against Chesloff.   Any Motion for Rehearing or Motion for En Banc Reconsideration is therefore due to be filed no later than January 6, 2016.  Tex. R. App. P. 49.1, 49.7.

## II.   REQUESTED EXTENSION

This is Chesloff's first request for an extension to file a Motion for Rehearing or Motion for En Banc Reconsideration.  Given the timing of the Court's Opinion, Chesloff's time to file a motion for rehearing or for en banc reconsideration falls during the Christmas and New Year's holidays, when the undersigned's office is closed for four business days and otherwise short-staffed.  In light of the intervening holidays, as well as other day-to-day matters that have prevented the undersigned from turning his full attention to this matter, Chesloff asks for a brief extension of her rehearing and en banc reconsideration deadlines.

This request is sought not solely for delay, but in order that any motion for rehearing or motion for en banc reconsideration and the issues to be presented therein may be clearly and concisely presented to this Court and so that justice may be served.

### III. CERTIFICATE OF CONFERENCE

On December 30, 2015, the undersigned contacted counsel for Appellants, Barham Lewis and Angela Prince, regarding the substance of this Motion. Mr. Lewis graciously advised that he and his clients were unopposed to the relief being requested.

### IV. PRAYER

For these reasons, Appellee/Cross-Appellant Ellen Chesloff respectfully requests that this Court grant her unopposed motion and extend the time to file any motion for rehearing or motion for en banc reconsideration to **January 21, 2016**.

Respectfully submitted,

By: */s/ Thad D. Spalding*
      **Thad D. Spalding**
      State Bar No. 00791708
      tspalding@texasappeals.com
      **Peter M. Kelly**
      State Bar No. 00791011
      pkelly@texasappeals.com
      KELLY, DURHAM & PITTARD, LLP
      PO Box 224626
      Dallas, TX 75222
      Telephone: 214.946.8000
      Facsimile:  214.946.8433

      and

      **Ronald M. Estefan**
      State Bar No. 00785851
      ron@ronestefanlaw.com
      THE ESTEFAN FIRM, P.C.
      2306 Mason Street
      Houston, Texas 77006
      (713) 333-1100
      (713) 333-1101 (Fax)

      **COUNSEL FOR
      APPELLEE/CROSS-APPELLANT**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this *Unopposed Motion to Extend Time to File Motion for Rehearing or En Banc Reconsideration* has been forwarded to the following counsel of record on this **30th** day of **December 2015**, pursuant to Texas Rule of Appellate Procedure 9.5(b)(1).

Barham Lewis, Barham.Lewis@ogletreedeakins.com
Angela N. Prince, Angela.Prince@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Allen Center
500 Dallas Street, Suite 3000
Houston, Texas 77002

/s/ Thad D. Spalding
**Thad D. Spalding**